JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MEEHAN-GOFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EPIC CRUISES, INC.,<br><br>　　　　Defendant. | Case No.: 23-cv-00940-SPG-SK<br><br>ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Joint Motion filed by the parties, IT IS HEREBY ORDERED that Plaintiff's entire action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: January 26, 2024

　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　United States District Judge